■ BETTY L. KIMMEL, Appellant, v STATE OF NEW YORK et al., Respondents. EMMELYN LOGAN-BALDWIN, Appellant. [908 NYS2d 381]—Motion for leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Peradotto, Carni, Green and Gorski, JJ.

■ STEPHEN NICHOLS, Appellant-Respondent, v XEROX CORPORATION et al., Respondents-Appellants. [908 NYS2d 382]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Smith, J.P., Fahey, Carni, Lindley and Sconiers, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v OHJNA OLOMONSA, Also Known as JOHN SOLOMON, Appellant. [908 NYS2d 382]—Motion for a writ of error coram nobis denied. Present—Centra, J.P., Fahey, Carni, Green and Pine, JJ.

■ CHANG HAN KIM et al., Respondents, v CLYMER CENTRAL SCHOOL, Appellant, et al., Defendant. [908 NYS2d 382]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Smith, J.P., Centra, Fahey and Pine, JJ.

■ VASILIY P. LITVINOV, Respondent, v EILEEN M. HODSON et al., Defendants, and JACK FOY et al., Appellants. [908 NYS2d 381]—Motion for leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Smith, Peradotto, Lindley and Sconiers, JJ.

■ JAMES WILK et al., Respondents, v LEWIS & LEWIS, P.C., et al., Appellants. [908 NYS2d 382]—Motion for reargument denied. Present—Smith, J.P., Fahey, Carni, Sconiers and Pine, JJ.

■ RICHARD BENEVENTO, Respondent, v CITY OF BUFFALO et al., Appellants. [908 NYS2d 381]—Motion for leave to appeal to the Court of Appeals denied. Present—Centra, J.P., Carni, Lindley, Green and Gorski, JJ.

■ In the Matter of ANDREW OPHARDT, Petitioner, v JULIO VASQUEZ, Commissioner, Community Development of City of Rochester, et al., Respondents. (Proceeding No. 1.) [908 NYS2d 382]—Motion for reargument denied. Present—Scudder, P.J., Martoche, Fahey, Green and Gorski, JJ.